UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| THIS DOCUMENT RELATES TO:<br>Restaurant Services, Inc. v. Tyson Foods, Inc., et al. | Individual Case No. 1:21-cv-00268 |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
OF CLAIMS BY RESTAURANT SERVICES, INC.
AGAINST DEFENDANT AMICK FARMS, LLC**

Plaintiff Restaurant Services, Inc. ("Plaintiff") and Defendant Amick Farms, LLC ("Amick Farms"), by and through their undersigned counsel, hereby submit the following Stipulated Order of Dismissal With Prejudice.

1. This Stipulated Order of Dismissal With Prejudice ("Stipulation") is between Plaintiff and Amick Farms.

2. This Stipulation relates only to Plaintiff's claims in *Restaurant Services, Inc. v. Tyson Foods, Inc., et al.* (N.D. Ill., Case No. 1:21-cv-00268) which has been consolidated within the matter captioned *In re Broiler Chicken Antitrust Litigation,* (N.D. Ill., Case No. 1:16-cv-08637), which is currently pending in the United States District Court for the Northern District of Illinois, and also includes any further amendments thereto and, only to the extent relating to Plaintiff, the Direct Action Purchasers Amended Consolidated Complaint (ECF Nos. 4243 and 4244) and any subsequent Direct Action Purchasers amended consolidated complaints that may be filed, collectively referred to herein as the "Action."

127486871.1

3. All of the Plaintiff's Claims asserted against Amick Farms in the Action shall be dismissed with prejudice, with each side bearing its own fees and costs.

4. The Stipulated Order of Dismissal, with prejudice, has no bearing on Plaintiff's claims against all Defendants other than Amick Farms.

SO ORDERED:

_____
United States District Judge

Dated: 10/13/2021

**Stipulated and Agreed to By:**

| | |
|---|---|
| /s/ David B. Esau | /s/ Howard B. Iwrey |
| David B. Esau | Howard B. Iwrey |
| Carlton Fields, P.A. | DYKEMA GOSSETT PLLC |
| 525 Okeechobee Boulevard, Suite 1200 | 39577 Woodward Ave., Suite 300 |
| West Palm Beach, Florida 33401 | Bloomfield Hills, MI 48304 |
| Tel: (561) 659-7070 | T: 248-203-0700 |
| Fax: (561) 659-7368 | F: 855-232-1791 |
| desau@carltonfields.com | hiwrey@dykema.com |
| | |
| Dated: October 13, 2021 | Steven H. Gistenson |
| | DYKEMA GOSSETT PLLC |
| **Counsel for Plaintiff** | 10 South Wacker Drive |
| | Suite 2300 |
| | Chicago, IL 60606 |
| | T: 312-627-2267 |
| | F: 866-691-5046 |
| | sgistenson@dykema.com |
| | |
| | Dated: October 13, 2021 |
| | |
| | **Counsel for Defendant Amick Farms, LLC** |

2

127486871.1