UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| THIS DOCUMENT RELATES TO:<br>Restaurant Services, Inc. v. Tyson Foods, Inc., et al. | Individual Case No. 1:21-cv-00268 |

ORDER OF DISMISSAL
WITH PREJUDICE OF CLAIMS BY RESTAURANT SERVICES, INC.
AGAINST DEFENDANT PILGRIM'S PRIDE CORPORATION

The parties in the above styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiff Restaurant Services, Inc. ("Plaintiff") and Defendant Pilgrim's Pride Corporation (Pilgrim's).

1. This Stipulation relates only to Plaintiff's claims in *Restaurant Services, Inc. v. Tyson Foods, Inc., et al.*, Case No. 1:21-cv-00268 (the "Action").

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Pilgrim's stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims asserted against Pilgrim's in the Action (including as set forth against Pilgrim's in the Amended DAP Consolidated Complaint, ECF No. 4244), with each side bearing its own attorneys' fees and

127979775.1

costs. The Stipulation of Dismissal, with prejudice, has no bearing on the Plaintiff's claims against Defendants other than Pilgrim's.

SO ORDERED:

*Thomas M Durkin*

United States District Judge

Dated: 12/10/2021

Dated: December 10, 2021

 /s/ David B. Esau
David B. Esau
Carlton Fields, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368
E-mail: desau@carltonfields.com

**Counsel for Plaintiff**

Respectfully submitted,

 /s/ Carrie C. Mahan
Carrie C. Mahan (#459802)
Christopher J. Abbott (#1014487)
WEIL GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
E-mail: carrie.mahan@weil.com
          christopher.abbott@weil.com

**Counsel for Defendant Pilgrim's Pride Corporation**